25 N.Y.2d 876 (1969)
Edmund R. Ley, Appellant,
v.
State of New York, Respondent. (Claim No. 37269.)
Court of Appeals of the State of New York.
Argued May 29, 1969.
Decided July 2, 1969.
Arthur D. Goldstein, Samuel Goldstein and M. Robert Goldstein for appellant.
Louis J. Lefkowitz, Attorney-General (Martin J. Siegel and Ruth Kessler Toch of counsel), for respondent.
Concur: Chief Judge FULD and Judges BURKE, SCILEPPI, BERGAN, BREITEL and JASEN.
Order affirmed, with costs; no opinion.